USCA1 Opinion

 

 July 22, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2237 No. 95-2238 RUSSELL J. SMITH, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. ____________________ APPEALS FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Boudin, Circuit Judges. ______________ ____________________ Russell J. Smith on brief pro se. ________________ Sheldon Whitehouse, United States Attorney, and Kenneth P. ___________________ ___________ Madden, Assistant United States Attorney, on brief for appellee. ______ ____________________ ____________________ Per Curiam. On the basis of United States v. Ursery, ___________ ______________ ______ ___ S. Ct. ___, 1996 WL 340815 (June 24, 1996), in which the Supreme Court rejected a double jeopardy claim similar to the one advanced here, the judgment is summarily affirmed. See ________ ___ Loc. R. 27.1.  -2-